UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

KEITH RUSSELL JUDD,

    Plaintiff,

v.                                                        3:11-cv-244

DEPARTMENT OF STATE OF
TENNESSEE, et al.,

    Defendants.

## MEMORANDUM AND ORDER

Plaintiff, a *pro se* prisoner, submitted a complaint for declaratory judgment and an application to proceed *in forma pauperis*. The complaint was dismissed based upon the three-strike rule of 28 U.S.C. § 1915(g). Plaintiff appealed that order and his appeal was dismissed for failure to prosecute. Plaintiff has now filed a motion for relief from judgment. Plaintiff is not entitled to relief in this court and his motion [Court File No. 12] is **DENIED**.

**ENTER:**

                                                      s/ Thomas W. Phillips
                                                  United States District Judge